```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                     Case No. 16-02466-RNO
Richard C. Rice                                            Chapter 13
Colleen L. Rice
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: AGarner          Page 1 of 2         Date Rcvd: Jul 18, 2016
                          Form ID: ntcnfhrg      Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db/jdb       +Richard C. Rice,    Colleen L. Rice,    19 College Avenue,    Stewartstown, PA 17363-4002
cr           +Quicken Loans Inc.,    Stern & Eisenberg PC,    1581 Main Street,    Suite 200,
               Warrington, PA 18976-3400
4799642       American Express,    PO Box 981537,    El Paso, TX 79998-1537
4799645       Chase Freedom,    PO Box 15298,    Wilmington, DE 19850-5298
4799646       Chase Southwest,    PO Box 15298,    Wilmington, DE 19850-5298
4799647      +Citi,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
4799648       Citi Cards CBNA,    IBS CDV Disputes,    PO Box 6241,    Sioux Falls, SD 57117-6241
4799649      +Client Services Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
4799652       Great Lakes,    PO Box 7860,    Madison, WI 53707-7860
4799653      +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
4799654       Pressler & Pressler, LLP,    Ralph Gulko, Esquire,    7 Entin Road,    Parsippany, NJ 07054-5020
4803197      +SunTrust Bank,    Attn: Support Services,    PO Box 85092,    Richmond, VA 23285-5092
4799656       SunTrust Bank Carmember Service,    Cr Bur Disp CS-RVW7955,    PO Box 85526,
               Richmond, VA 23285-5526
4799651     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,     PO Box 108,    Saint Louis, MO 63166-0108)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2016 19:20:34
               Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
4799644       E-mail/Text: legal@arsnational.com Jul 18 2016 19:21:31     ARS National Services, Inc.,
               PO Box 469100,    Escondido, CA 92046-9100
4799643      +E-mail/Text: legal@arsnational.com Jul 18 2016 19:21:31     ARS National services, Inc.,
               PO Box 469046,    Escondido, CA 92046-9046
4799650       E-mail/Text: mrdiscen@discover.com Jul 18 2016 19:21:17     Discover Bank,    PO Box 30943,
               Salt Lake City, UT 84130-0943
4801135       E-mail/Text: mrdiscen@discover.com Jul 18 2016 19:21:17     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4799655      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 18 2016 19:21:52     Quicken Loans Inc,
               Attn: Client Relations,    1050 Woodward Avenue,    Detroit, MI 48226-1906
4808187      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 18 2016 19:21:52     Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
4803512       E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2016 19:20:46
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
4799657       E-mail/Text: collections@towerfcu.org Jul 18 2016 19:21:21     Tower Federal Credit Union,
               PO Box 123,    Annapolis Junction, MD 20701-0123
4799658       E-mail/Text: collections@towerfcu.org Jul 18 2016 19:21:21     Tower Federal Credit Union,
               MC Division,    PO Box 123,    Annapolis Junction, MD 20701-0123
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    Michael R Caum    on behalf of Debtor Richard C. Rice mikecaumesq@comcast.net
    Michael R Caum    on behalf of Joint Debtor Colleen L. Rice mikecaumesq@comcast.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    William Edward Miller    on behalf of Creditor   Quicken Loans Inc. wmiller@sterneisenberg.com, nmiller@sterneisenberg.com

    TOTAL: 5

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard C. Rice
Colleen L. Rice

Debtor(s)

Chapter 13

Case No. 1:16−bk−02466−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 17, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 18, 2016 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 18, 2016 |