# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard C. Rice<br>Colleen L. Rice<br>　　　　　　　Debtors | CHAPTER 13 |
| Tower Federal Credit Union, its successors and/or assigns<br>　　　　　　　Moving Party<br>　　vs. | NO. 16-02466 RNO |
| Richard C. Rice<br>Colleen L. Rice<br>　　　　　　　Debtors<br>Charles J. DeHart, III Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Tower Federal Credit Union, which was filed with the Court on or about **August 11, 2016**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

October 4, 2016