**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:    Richard C. Rice            :   Case No. 1:16-bk-02466
         Colleen L. Rice           :
                 Debtors     :
                               :   Chapter 13

## <u>DEBTORS' PRE.CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)</u>

We, Richard C. and Colleen L. Rice, upon our oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on December 7, 2016.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Date: <u>12/5/2016</u>                               /s/: Michael R. Caum_____
                                                  Michael R. Caum
                                                  PO Box 272
                                                  Shrewsbury, PA 17361
                                                  (717) 227-8030

Date: <u>12/5/2016</u>                               /s/: Richard C. Rice_____
                                                  Richard C. Rice

Date: <u>12/5/2016</u>                               /s/: Colleen L. Rice_____
                                                  Colleen L. Rice