UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RICHARD C. RICE
        COLLEEN L. RICE

        Debtor(s)                           CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
                Movant
vs.

        RICHARD C. RICE                     CASE NO: 1-16-02466-RNO
        COLLEEN L. RICE

        Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on March 20, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on June 24, 2016.

2. A Confirmation hearing was held and an Order was entered on January 5, 2017 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA  17036
717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD C. RICE
COLLEEN L. RICE

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-16-02466-RNO

Movant

# NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: April 26, 2017<br><br>Time: 10:00 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *April 3, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 20, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD C. RICE  CHAPTER 13
COLLEEN L. RICE

CASE NO: 1-16-02466-RNO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

AND NOW, on March 20, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MICHAEL CAUM, ESQUIRE
PO BOX 272
SHREWSBURY, PA 17361-

RICHARD C. RICE
COLLEEN L. RICE
19 COLLEGE AVENUE
STEWARTSTOWN, PA 17363

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 20, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD C. RICE
COLLEEN L. RICE

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

RICHARD C. RICE
COLLEEN L. RICE

CASE NO: 1-16-02466-RNO

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.