# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RICHARD C. RICE
        COLLEEN L. RICE

        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

RICHARD C. RICE        CASE NO: 1-16-02466-RNO
COLLEEN L. RICE

        Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on April 13, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about March 20, 2017 be withdrawn. The default has been cured.

        Respectfully Submitted,
        /s/ Charles J. DeHart, III
        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097

Dated: April 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD C. RICE
COLLEEN L. RICE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

RICHARD C. RICE
COLLEEN L. RICE

CASE NO: 1-16-02466-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on April 13, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on April 13, 2017.

RICHARD C. RICE
COLLEEN L. RICE
19 COLLEGE AVENUE
STEWARTSTOWN, PA 17363

MICHAEL CAUM, ESQUIRE
PO BOX 272
SHREWSBURY, PA 17361-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 13, 2017