# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Richard C. Rice and<br>Colleen L. Rice,<br><br>          Debtors. | Case No.: 16-02466-HWV<br>Chapter 13<br><br>Doc. No. ___<br><br>Related to Claim No.: 4-1 |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES

Quicken Loans Inc. ("Quicken") hereby files this notice (the "Notice") withdrawing with prejudice its *Notice of Postpetition Mortgage Fees, Expenses, and Charges* filed on July 12, 2016 and states the following in support thereof:

1. The Debtors filed the instant Chapter 13 case on June 10, 2016 [Docket No. 1].

2. On July 6, 2016, Quicken filed a proof of claim in the amount of $97,650.05 [Claim No. 4-1] secured by a lien on the Debtors' property (the "Loan").

3. July 12, 2016, Quicken filed a *Notice of Postpetition Mortgage Fees, Expenses, and Charges* (the "Notice of Fees") assessing $700.00 against the Loan for attorney's fees paid to prepare Quicken's proof of claim.

4. No objections were filed to the Notice of Fees.

5. Upon further review, Quicken has determined that the fees and expenses set forth in the Notice of Fees should not have been assessed against the Loan. Accordingly, Quicken has removed all fees and expenses listed in the Notice of Fees from the Debtors' account, and Quicken will not assess against the Loan or seek to collect from the Debtors these fees and expenses in the future.

6. Quicken will not assess against the Loan or seek to collect from the Debtors any fees and expenses related to preparing and filing this Notice.

Dated: December 17, 2018

*/s/ Jack P. Bock, III*
Jack P. Bock, III (PA I.D. No. 201758)
Reed Smith LLP
225 Fifth Ave.
Pittsburgh, PA 15222
Phone: (412) 288-3098
Email: jbock@reedsmith

*Counsel to Quicken Loans Inc.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Richard C. Rice and <br> Colleen L. Rice, <br><br> Debtors. | Case No.: 16-02466-HWV <br> Chapter 13 <br><br> Doc. No. ___ <br><br> Related to Claim No.: 4-1 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within *Withdrawal of Notice of Postpetition Mortgage Fees, Expenses, and Charges* and this Certificate, was sent to the below-listed recipients via first class mail and / or ECF on the date set forth below.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17363

Michael R. Caum, Esquire
PO Box 272
Shrewsbury, PA 17361

Richard C. Rice
Colleen L. Rice
19 College Avenue
Stewartstown, PA 17363

DATE: December 17, 2018    Respectfully Submitted,

*/s/ Jack P. Bock, III*
Jack P. Bock, III (PA I.D. No. 201758)
Reed Smith LLP
225 Fifth Ave.
Pittsburgh, PA 15222
Phone: (412) 288-3098
Email: jbock@reedsmith

*Counsel to Quicken Loans Inc.*

3

4