United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard C. Rice  
Colleen L. Rice  
    Debtors

Case No. 16-02466-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jul 07, 2021     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard C. Rice, Colleen L. Rice, 19 College Avenue, Stewartstown, PA 17363-4002 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4799652 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 4799653 | + | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4799654 | | Pressler & Pressler, LLP, Ralph Gulko, Esquire, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 4813634 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: RECOVERYCORP.COM | Jul 07 2021 22:48:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4799644 | | EDI: ARSN.COM | Jul 07 2021 22:48:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 4799643 | + | EDI: ARSN.COM | Jul 07 2021 22:48:00 | ARS National services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 4799642 | | EDI: AMEREXPR.COM | Jul 07 2021 22:48:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 4833970 | | EDI: BECKLEE.COM | Jul 07 2021 22:48:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4799647 | + | EDI: CITICORP.COM | Jul 07 2021 22:48:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 4799648 | | EDI: CITICORP.COM | Jul 07 2021 22:48:00 | Citi Cards CBNA, IBS CDV Disputes, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4799649 | + | Email/Text: mediamanagers@clientservices.com | Jul 07 2021 18:46:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 4799650 | | EDI: DISCOVER.COM | Jul 07 2021 22:48:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 4801135 | | EDI: DISCOVER.COM | Jul 07 2021 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4799646 | | EDI: JPMORGANCHASE | Jul 07 2021 22:48:00 | Chase Southwest, PO Box 15298, Wilmington, DE 19850-5298 |
| 4799645 | | EDI: JPMORGANCHASE | Jul 07 2021 22:48:00 | Chase Freedom, PO Box 15298, Wilmington, DE 19850-5298 |
| 4824768 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2021 18:57:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 4799655 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 07 2021 18:46:00 | Quicken Loans Inc, Attn: Client Relations, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 4808187 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 07 2021 18:46:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4803512 | | EDI: RECOVERYCORP.COM | Jul 07 2021 22:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4803197 | + | EDI: STF1.COM | Jul 07 2021 22:48:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 4799656 | | EDI: STF1.COM | Jul 07 2021 22:48:00 | SunTrust Bank Carmember Service, Cr Bur Disp CS-RVW7955, PO Box 85526, Richmond, VA 23285-5526 |
| 4799657 | | Email/Text: bankruptcy@towerfcu.org | Jul 07 2021 18:46:00 | Tower Federal Credit Union, PO Box 123, Annapolis Junction, MD 20701-0123 |
| 4799658 | | Email/Text: bankruptcy@towerfcu.org | Jul 07 2021 18:46:00 | Tower Federal Credit Union, MC Division, PO Box 123, Annapolis Junction, MD 20701-0123 |
| 4832379 | | Email/Text: bankruptcy@towerfcu.org | Jul 07 2021 18:46:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 4799651 | | EDI: USBANKARS.COM | Jul 07 2021 22:48:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jack P. Bock, III | on behalf of Creditor Quicken Loans Inc. jbock@reedsmith.com lheatherington@reedsmith.com |

| Name | Details |
|---|---|
| Joshua I Goldman | on behalf of Creditor Tower Federal Credit Union josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Michael R Caum | on behalf of Debtor 2 Colleen L. Rice mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 1 Richard C. Rice mikecaumesq@comcast.net |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Thomas I Puleo | on behalf of Creditor Tower Federal Credit Union tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard C. Rice <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0506 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Colleen L. Rice <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4968 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–02466–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard C. Rice                                    Colleen L. Rice

**By the court:**

7/7/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**